IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ORTHALLIANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DR. KENNETH GREENBAUM AND GREENBAUM ORTHODONTICS, P.C., <br><br> Defendants. | Civil Action No. 04-6238-HO |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having been advised by the parties that all claims have been settled and that they desire this action to be dismissed with prejudice, is of the opinion that this action should be dismissed with prejudice.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. This action is dismissed in its entirety with prejudice;

2. All costs of court are taxed against the parties incurring same; and

3. This is a final judgment. All relief not expressly granted herein or by any prior order of the Court is hereby denied.

SIGNED this the 2nd day of June, 2005.

Michael R. Hogan
Judge Presiding

#24801 v1